UNITED STATES MAGISTRATE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HENRY E. KELTER,<br><br>           Plaintiff,<br><br>      vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>           Defendant. | CASE NO.  C05-5184 KLS<br><br>ORDER GRANTING PLAINTIFF'S PETITION FOR ATTORNEY FEES AND COSTS |

Pursuant to 28 U.S.C. § 2412 and upon consideration of Plaintiff's Petition for Costs and Fees, it is hereby ORDERED that costs in the amount of $250.00 and attorney fees in the amount of $4,452.00 be awarded to plaintiff.

DATED this 21st day of February, 2006.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Presented by:

TODD R. RENDA, ATTORNEY AT LAW

s/ Todd R. Renda
WSBA# 20779
Attorney for plaintiff

**ORDER Granting Costs and Fees**

**TODD R. RENDA**
ATTORNEY AT LAW
6314 19th St. West, Suite 20
Tacoma, Washington  98466-6223
(253) 566-6701
FAX (253) 564-6523